**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01631-CV

## IN RE GREYHOUND LINES, INC., FIRST GROUP AMERICA, AND LAVANDA GORDON WASHINGTON, Appellant

**Mandamus from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02505-J**

## ORDER

The Court has before it Relator's Petition for Writ of Mandamus.  The Court requests that

Real Party in Interest and Respondent file any responses by December 10, 2013.

/s/      DOUGLAS S. LANG
           JUSTICE